1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BILLY THOMAS,

11              Plaintiff,                No. CIV S-09-1985 KJM P

12        vs.

13   ARNOLD SCHWARZENEGGER, et al.,

14              Defendants.               <u>ORDER</u>

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to

18   28 U.S.C. § 1915.  However, the certificate portion of the in forma pauperis application has not

19   been filled out and signed by an authorized prison official, <u>see</u> 28 U.S.C. § 1915(a)(2), and

20   plaintiff has failed to file a certified copy of his prison trust account statement for the last six

21   months.   Plaintiff will be provided another opportunity to submit a fully completed application

22   to proceed in forma pauperis.

23              In accordance with the above, IT IS HEREBY ORDERED that:

24              1.  The Clerk of the Court shall provide plaintiff with another copy of the in forma

25   pauperis application used by this court; and

26   /////

1

2.  Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application.  With his applcaiton, plaintiff must include a certified copy of his prison trust account statement for the last six months.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED:   August 4, 2009.

_____
U.S. MAGISTRATE JUDGE

1/md
thom1985.22

2