IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY THOMAS,

      Plaintiff,                      No. CIV S-09-1985 KJM P

     vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.               <u>ORDER</u>

/

         Plaintiff has requested that this action be dismissed.  Good cause appearing, IT IS HEREBY ORDERED that this action is dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATED: November 18, 2009.

                                               U.S. MAGISTRATE JUDGE

1
thom1985.dis